IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| CARLA R. LAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:14cv0014 |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Elizabeth K. Dillon |
| Commissioner of Social Security, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on March 31, 2015, recommending that the plaintiff's motion for summary judgment be denied, that the Commissioner's motion for summary judgment be granted, and that a final judgment be entered affirming the Commissioner's decision denying the plaintiff's DIB and SSI applications.

No objections to the report and recommendation have been filed, and the time for doing so has passed. The court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly ORDERED as follows:

    1. The March 31, 2015 report and recommendation (Dkt. No. 24) is ADOPTED in its entirety;

    2. The plaintiff's motion for summary judgment (Dkt. No. 14) is DENIED;

    3. The Commissioner's motion for summary judgment (Dkt. No. 17) is GRANTED;

    4. The Commissioner's decision is AFFIRMED; and

5. This matter is STRICKEN from the active docket of the court.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered: April 30, 2015.

*Elizabeth K. Dillon*
United States District Judge